UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MIDWEST LUMBER AND DIMENSION, )
INC., EILEEN DAVIS and DAVID DAVIS,)
      Plaintiffs, )
       )
  vs. )      4:06-CV-153-SEB-WGH
       )
BRANCH BANKING AND TRUST )
COMPANY, )
      Defendant. )

## JUDGMENT

In accord with the Court's entry in the above named cause, Plaintiffs' Motion for Leave to File Second Amended Complaint is **GRANTED**. Defendant BB&T's Motion to Dismiss the Second Amended Complaint is **GRANTED**, and all of Plaintiffs' claims in the Second Amended Complaint are hereby **DISMISSED**.

IT IS SO ORDERED.

Date: 09/20/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Lea Pauley Goff
STOLL, KEENON & PARK LLP
lea.goff@skofirm.com

Charles Thomas Hectus
HECTUS & STRAUSE PLLC
cthectus@hectusandstrause.com

Richard M. Trautwein
RICHARD M. TRAUTWEIN, PSC
P. O. Box 764
Prospect, KY 400559